United States District Court
Southern District of Texas
**ENTERED**
January 23, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM CONTRERAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-22-3908 |
| | § | |
| DAVID WILSON, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

On January 6, 2023, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (ECF No. 10) recommending that the court dismiss Plaintiff Adam Contreras's complaint for lack of subject matter jurisdiction, and denying leave to amend. No objections were filed.

After Due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's Memorandum and Order. The court will issue a final judgment.

SIGNED at Houston, Texas, on this **23** day of January, 2023.

DAVID HITTNER
United States District Judge